Nicholas J. CURTIS, Appellant, v. UTAH
FUEL CO. et al., Appellees.

No. 7525.

Circuit Court of Appeals, Third Circuit.

Dec. 14, 1940.

Nicholas J. Curtis, pro se.

H. Collin Minton, of Trenton, N. J.
(H. Brua Campbell, of New York City, on
the brief), for appellee.

Before BIGGS, MARIS, and GOOD-
RICH, Circuit Judges.

PER CURIAM.

The appeal is dismissed.

Walter C. DURST, Appellant, v. John
BARRYMORE, Appellee.

Nos. 9926, 9927.

Circuit Court of Appeals, Ninth Circuit.

Dec. 12, 1941.

A. G. Ritter and Walter C. Durst, both
of Los Angeles, Cal., for appellant.

Earl E. Moss and Gordon W. Levoy,
both of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and
DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for re-
spective parties, ordered appeal in each of
above causes dismissed, that a decree be
filed and entered accordingly, and that the
mandate of this court in each of above
causes issue forthwith.

In the Matter of Carl FINGERHART, Bank-
rupt-Appellant; Modern Industrial
Bank, Objecting Creditor-Appellee.

No. 131.

Circuit Court of Appeals, Second Circuit.

Dec. 23, 1941.

Max Rockmore, of New York City (Leo
Eckman, of New York City, of counsel),
for bankrupt-appellant.

Samuel L. Marcus, of New York City
(Louis Epstein, of New York City, of
counsel), for objecting creditor-appellee.

Before AUGUSTUS N. HAND,
CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed.

GRAND RIVER DAM AUTHORITY, a Pub-
lic Corporation, v. Peter BAREHEAD,
Cornelius Buzzard, et al.

No. 2437.

Circuit Court of Appeals, Tenth Circuit.

Nov. 28, 1941.

Q. B. Boydstun, of Vinita, Okl., for ap-
pellant.

No appearance for appellees.

Before PHILLIPS, Circuit Judge, and
SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appel-
lant.